1  LATHAM & WATKINS LLP
2  Steven N. Feldman (Bar No. 281405)
   *steven.feldman@lw.com*
3  355 South Grand Avenue
   Los Angeles, California 90071
4  (213) 485-1234

5

6  *Attorneys for Defendant Whaleco Inc.*

7
                    **UNITED STATES DISTRICT COURT**
8                   **NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN FRANCISCO DIVISION**
9

10 ELI SILVA, on behalf of himself      )   Case No. 3:24-cv-02890-SK
11 and all others similarly situated,   )
                                        )
12                      Plaintiff,      )   **NOTICE OF APPEARNCE OF**
                                        )   **STEVEN N. FELDMAN**
13         v.                           )
                                        )   Assigned to: Honorable Sallie Kim
14 WHALECO, INC., d/b/a TEMU,           )
                                        )
15                      Defendant.      )
                                        )
16                                      )
                                        )
17 _____)

18
19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF APPEARANCE OF
STEVEN N. FELDMAN
CASE NO. 3:24-cv-02890-SK

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Steven N. Feldman of Latham & Watkins LLP hereby enters his appearance in the above captioned matter as counsel for Defendant Whaleco Inc.. He respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the following address:

> Steven N. Feldman
> Latham & Watkins LLP
> 355 South Grand Avenue, Suite 100
> Los Angeles, CA 90071
> Telephone: +1.213.485-1234
> Email: steve.feldman@lw.com

Dated: June 21, 2024

Respectfully submitted,

LATHAM & WATKINS LLP

By: */s/ Steven N. Feldman*
Steven N. Feldman (Bar No. 281405)
steve.feldman@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: +1.213.485-1234

*Attorneys for Defendant Whaleco Inc.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

NOTICE OF APPEARANCE OF
STEVEN N. FELDMAN
CASE NO. 3:24-cv-02890-SK