UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELI SILVA, on behalf of himself and all others similarly situated,

Plaintiff(s),

v.

WHALECO, INC., d/b/a TEMU,

Defendant(s).

Case No. 3:24-cv-02890-SK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Shloime Fellig, an active member in good standing of the bar of Massachusetts, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Whaleco Inc. in the above-entitled action. My local co-counsel in this case is Steven N. Feldman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 281405.

Latham & Watkins LLP
200 Clarendon Street
Boston, Massachusetts 02116
MY ADDRESS OF RECORD

Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, California 90071
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(617) 948-6000
MY TELEPHONE # OF RECORD

(213) 485-1234
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

shlomo.fellig@lw.com
MY EMAIL ADDRESS OF RECORD

steve.feldman@lw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 699643.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 06/21/2024                                          /s/ Shloime Fellig
                                                                APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Shloime Fellig is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE