1  LATHAM & WATKINS LLP
2  Steven N. Feldman (Bar No. 281405)
   *steven.feldman@lw.com*
3  355 South Grand Avenue
   Los Angeles, California 90071
4  (213) 485-1234

5  LATHAM & WATKINS LLP
6  Shlomo Fellig (*pro hac vice* pending)
   *shlomo.fellig@lw.com*
7  200 Clarendon Street
   Boston, Massachusetts 02116
8  (617) 880-6000

9  *Attorneys for Defendant Whaleco Inc.*

10

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| ELI SILVA, on behalf of himself and all others similarly situated, | ) ) ) | Case No. 3:24-cv-02890-SK |
|---|---|---|
| Plaintiff, | ) ) | **DEFENDANT WHALECO INC.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT** |
| v. | ) ) | |
| WHALECO, INC., d/b/a TEMU, | ) ) | Assigned to: Honorable Sallie Kim |
| Defendant. | ) ) ) | |

# FEDERAL RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned discloses and certifies on behalf of Defendant Whaleco Inc. as follows: Whaleco Inc. is a corporation incorporated in Delaware with its principal place of business in Massachusetts, and it is a wholly-owned subsidiary of PDD Holdings Inc., the shares of which are publicly traded on the NASDAQ stock exchange under the symbol "PDD."

DATED: June 21, 2024

Respectfully submitted,

By: */s/ Steven N. Feldman*

Steven N. Feldman (Bar No. 281405)
*steve.feldman@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234

Shlomo Fellig (*pro hac vice* pending)
*shlomo.fellig@lw.com*
200 Clarendon Street
Boston, MA 02116
Telephone: +1.617.948.6000

*Attorneys for Defendant Whaleco Inc.*