LATHAM & WATKINS LLP
Steven N. Feldman (Bar No. 281405)
*steven.feldman@lw.com*
355 South Grand Avenue
Los Angeles, California 90071
(213) 485-1234

LATHAM & WATKINS LLP
Shlomo Fellig (*pro hac vice* pending)
*shlomo.fellig@lw.com*
200 Clarendon Street
Boston, Massachusetts 02116
(617) 880-6000

*Attorneys for Defendant Whaleco Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELI SILVA, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WHALECO, INC., d/b/a TEMU, <br><br> Defendant. | Case No. 3:24-cv-02890-SK <br><br> **DEFENDANT WHALECO INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** <br><br> Assigned to: Honorable Sallie Kim |

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Defendant Whaleco Inc. is a wholly-owned subsidiary of PDD Holdings Inc., the shares of which are publicly traded on the NASDAQ stock exchange under the symbol "PDD."

DATED: June 21, 2024

Respectfully submitted,

By: */s/ Steven N. Feldman*
Steven N. Feldman (Bar No. 281405)
*steve.feldman@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234

Shlomo Fellig (*pro hac vice* pending)
*shlomo.fellig@lw.com*
200 Clarendon Street
Boston, MA 02116
Telephone: +1.617.948.6000

*Attorneys for Defendant Whaleco Inc.*