United States District Court
Northern District of California

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3
     ELI SILVA, on behalf of himself
4    and all others similarly situated,          Case No. 3:24-cv-02890-SK

5            Plaintiff(s),

6        v.                                       **APPLICATION FOR ADMISSION OF
                                                  ATTORNEY PRO HAC VICE**
7    WHALECO, INC., d/b/a TEMU,                   (CIVIL LOCAL RULE 11-3)

8            Defendant(s).

9

10       I, Shloime Fellig              , an active member in good standing of the bar of

11   Massachusetts                        , hereby respectfully apply for admission to practice pro hac

12   vice in the Northern District of California representing: Whaleco Inc.              in the

13   above-entitled action. My local co-counsel in this case is Steven N. Feldman          , an

14   attorney who is a member of the bar of this Court in good standing and who maintains an office

15   within the State of California.  Local co-counsel's bar number is: 281405           .

16   Latham & Watkins LLP                         Latham & Watkins LLP
     200 Clarendon Street                         355 South Grand Avenue
     Boston, Massachusetts 02116                  Los Angeles, California 90071

17   MY ADDRESS OF RECORD                         LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18   (617) 948-6000                               (213) 485-1234

19   MY TELEPHONE # OF RECORD                     LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

20   shlomo.fellig@lw.com                         steve.feldman@lw.com
     MY EMAIL ADDRESS OF RECORD                   LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21

22       I am an active member in good standing of a United States Court or of the highest court of

23   another State or the District of Columbia, as indicated above; my bar number is: 699643    .

24       A true and correct copy of a certificate of good standing or equivalent official document

25   from said bar is attached to this application.

26       I have been granted pro hac vice admission by the Court 1      times in the 12 months

27   preceding this application.

28

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 06/21/2024                                      /s/ Shloime Fellig
                                                                APPLICANT

5

6    ═══════════════════════════════════════════════════════════════

7

8                      ORDER GRANTING APPLICATION

9              FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of Shloime Fellig                is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: June 24, 2024

16

17   _____
                                        SALLIE KIM
18                                      United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

Updated 11/2021                                2