1  LATHAM & WATKINS LLP
   Steven N. Feldman (Bar No. 281405)
2  *steven.feldman@lw.com*
3  355 South Grand Avenue
   Los Angeles, California 90071
4  (213) 485-1234

5  LATHAM & WATKINS LLP
   Shlomo Fellig (*pro hac vice* pending)
6  *shlomo.fellig@lw.com*
7  200 Clarendon Street
   Boston, Massachusetts 02116
8  (617) 880-6000

9  *Attorneys for Defendant Whaleco Inc.*

10 [Additional Counsel Listed on Signature Page]

11

12            **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
13              **SAN FRANCISCO DIVISION**

14 ELI SILVA, on behalf of himself  )   Case No. 3:24-cv-02890-SK
   and all others similarly situated, )
15                                    )
                                      )
16            Plaintiff,             )   **JOINT STIPULATION AND** ▮
                                      )   **ORDER SETTING BRIEFING SCHEDULE**
17     v.                            )   **AND CONTINUING CASE MANAGEMENT**
                                      )   **CONFERENCE**
18 WHALECO, INC., d/b/a TEMU,        )
                                      )   [Civil Local Rule 6-2]
19            Defendant.             )
                                      )   Assigned to: Honorable Sallie Kim
20 _____ )

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT STIPULATION SETTING BRIEFING
SCHEDULE & CONTINUING CMC
CASE NO. 3:24-cv-02890-SK

1    Defendant Whaleco Inc. and Plaintiff Eli Silva hereby stipulate and agree, through their

2    undersigned counsel and pursuant to Civil Local Rule 6-2, to the following schedule, subject to

3    the approval of the Court. In support of this joint stipulation, the parties state as follows:

4

5        1.    Plaintiff filed his Complaint on May 13, 2024. ECF No. 1.

6        2.    Defendant, after reviewing the allegations in the Complaint and conducting an

7    initial investigation of the claims therein, has determined that it will move to compel arbitration

8    on the ground that Plaintiff's claims are subject to a mandatory arbitration provision. Defendant

9    will also move to transfer venue pursuant to a forum selection provision. Plaintiff intends to oppose

10   those motions. If the motions are unsuccessful, Defendant intends to file a motion to dismiss,

11   including under Rule 12(b), which Plaintiff will oppose.

12       3.    The parties have conferred and agree that, while the motion to compel arbitration

13   and motion to transfer venue are pending, it would be premature to brief and litigate a motion to

14   dismiss. To that end, in the interest of promoting the most efficient use of the parties' and the

15   Court's resources, the parties have agreed (1) to brief and resolve Defendant's motion to compel

16   arbitration and motion to transfer venue before litigating any motion to dismiss, and (2) to postpone

17   the initial case management conference, which is currently scheduled for August 12, 2024, to give

18   the Court a chance to rule on Defendant's motion to compel arbitration and motion to transfer

19   venue before holding the conference.

20

21       4.    The parties have therefore agreed to the following briefing schedule:

22       a.    Defendant shall file its motion to compel arbitration and motion to transfer venue

23             on or before July 15, 2024.

24

25       b.    Plaintiff shall file any oppositions within thirty (30) days of Defendant's motions.[1]

26

27

---

[1] Plaintiff reserves the right to seek arbitration-related discovery, which may necessitate Plaintiff seeking a further extension of time. Defendant reserves the right to object to the same.

28

LATHAM&WATKINS™
ATTORNEYS AT LAW
LOS ANGELES

1

JOINT STIPULATION SETTING BRIEFING
SCHEDULE & CONTINUING CMC
CASE NO. 3:24-cv-02890-SK

c. Defendant shall file any replies within twenty-one (21) days of Plaintiff's oppositions.

d. Any hearing on Defendant's motion to compel arbitration and motion to transfer venue shall be held as soon as the Court's calendar allows.

e. Defendant need not respond to the Complaint while its motion to compel arbitration and motion to transfer venue are pending. If the Court denies Defendant's motions, or upon the exhaustion of Defendant's appellate rights concerning such motions, whichever is later, Defendant shall file its motion to dismiss within thirty (30) days thereafter; Plaintiff shall file any opposition twenty-one (21) days thereafter; and Defendant shall file any reply fourteen (14) days thereafter.

f. Any hearing on the motion to dismiss shall be held as the Court's calendar allows.

g. The initial case management conference shall be continued and rescheduled at the motion to dismiss hearing, as the Court's calendar allows.

5. To date, the parties have not stipulated to any extensions of time.

6. The parties therefore agree and stipulate to the above dates.

*[Signatures on following page]*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

JOINT STIPULATION SETTING BRIEFING
SCHEDULE & CONTINUING CMC
CASE NO. 3:24-cv-02890-SK

DATED:  June 21, 2024

By: /s/ Sophia Goren Gold

KALIELGOLD PLLC
Jeffrey D. Kaliel (SBN 238293)
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 280-4783
jkaliel@kalielpllc.com

KALIELGOLD PLLC
Sophia G. Gold (SBN 307971)
950 Gilman Street, Suite 200
Berkeley, CA 94710
Telephone: (202) 350-4783
sgold@kalielgold.com

EDELSBERG LAW, P.A.
Scott Edelsberg (SBN 330990)
1925 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (305) 975-3320

*Attorneys for Plaintiff and the Proposed Class*

Respectfully submitted,

By: /s/ Steven N. Feldman

Steven N. Feldman (Bar No. 281405)
*steve.feldman@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234

Shlomo Fellig (*pro hac vice* pending)
*shlomo.fellig@lw.com*
200 Clarendon Street
Boston, MA 02116
Telephone: +1.617.948.6000

*Attorneys for Defendant Whaleco Inc.*

## ORDER

The Court hereby GRANTS the stipulation. Defendant shall have through July 15, 2024, to file its motion to compel arbitration and/or transfer.  In Defendant's notice of motion, it shall include the dates set out in this stipulation.  In light of the foregoing, the Court CONTINUES the initial case management conference to January 13, 2025, at 1:30 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ____June 24, 2024_____

Honorable Sallie Kim
United States Magistrate Judge

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
LOS ANGELES

3

JOINT STIPULATION SETTING BRIEFING
SCHEDULE & CONTINUING CMC
CASE NO. 3:24-cv-02890-SK

**ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Joint Stipulation Setting Briefing Schedule and Continuing Case Management Conference. Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Steven N. Feldman, attest that concurrence in the filing of this document has been obtained.

Dated: June 21, 2024                              /s/ Steven N. Feldman
                                                 Steven N. Feldman

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

4

JOINT STIPULATION SETTING BRIEFING
SCHEDULE & CONTINUING CMC
CASE NO. 3:24-cv-02890-SK