1  LATHAM & WATKINS LLP
2  Steven N. Feldman (Bar No. 281405)
   steven.feldman@lw.com
3  355 South Grand Avenue
   Los Angeles, California 90071
4  (213) 485-1234

5  LATHAM & WATKINS LLP
6  Shlomo Fellig (pro hac vice)
   shlomo.fellig@lw.com
7  200 Clarendon Street
   Boston, Massachusetts 02116
8  (617) 948-6000

9  *Attorneys for Defendant Whaleco Inc.*

10

11              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISCTRICT OF CALIFORNIA**
12                  **SAN FRANCISCO DIVISION**

13

14  ELI SILVA, on behalf of himself      )   Case No. 3:24-cv-02890-SK
    and all others similarly situated,   )
15                                        )
                      Plaintiff,          )   **[PROPOSED] ORDER GRANTING**
16                                        )   **DEFENDANT WHALECO INC.'S**
              v.                          )   **MOTION TO COMPEL ARBITRATION**
17                                        )
    WHALECO, INC., d/b/a TEMU,            )
18                                        )
                      Defendant.          )
19                                        )
    _____)
20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER GRANTING DEFENDANT WHALECO
INC.'S MOTION TO COMPEL ARBITRATION
Case Number 3:24-cv-02890-SK

1    Having considered Whaleco Inc.'s ("Whaleco") motion for an order (i) compelling Eli

2  Silva ("Plaintiff") to arbitrate his claims on an individual basis, and (ii) staying the case pending

3  resolution of Plaintiff's claims in arbitration,

4  **IT IS HEREBY ORDERED THAT:**

5    Whaleco's Motion to Compel Arbitration is **GRANTED.** The case is hereby stayed

6  pending the resolution of Plaintiff's claims in arbitration.

7  **IT IS SO ORDERED.**

8

9  DATED: _____

10                                                              Hon. Sallie Kim
                                                             United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

[PROPOSED] ORDER GRANTING DEFENDANT WHALECO
INC.'S MOTION TO COMPEL ARBITRATION
Case Number 3:24-cv-02890-SK