UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI SILVA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WHALECO, INC.,<br><br>　　　　　Defendant. | Case No. 24-cv-02890-SK<br><br>**ORDER CONTINUING HEARING ON MOTION TO COMPEL ARBITRATION** |

　　　This matter is scheduled for a hearing on Defendant's motion to compel arbitration on September 16, 2024. However, the Court is unavailable that day. Accordingly, the hearing is continued to September 23, 2024, at 9:30 a.m.

　　　**IT IS SO ORDERED**.

Dated: July 31, 2024

_____
SALLIE KIM
United States Magistrate Judge