UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI SILVA, on behalf of himself and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>WHALECO, INC., d/b/a TEMU;<br><br>Defendant. | Case No. 3:24-cv-02890-SK<br><br>**DECLARATION OF PLAINTIFF ELI SILVA IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION** |

I, Eli Silva, declare as follows:

1. I am an individual over the age of 18, a resident of Dublin, California, and the named Plaintiff in this consumer class action against Whaleco, Inc. d/b/a Temu ("Temu"). I make this Declaration in support of Plaintiff's Opposition to Defendant's Motion to Compel Arbitration. I have personal knowledge of the facts stated in this Declaration, and if called upon as a witness, I could and would testify competently hereto.

2. On February 21, 2024, I bought two electric massager guns from Defendant online on temu.com. The two electric massager guns were advterised with an original, strikethrough price of $15.59, and offered at a discount for $6.29 each.

3. I believed that these products were being offered at nearly 60% of their original price, so I proceeded to add the products to my shopping cart. In the shopping cart, Temu again displayed the strikethrough pricing of the electric massager guns of $15.59.

4. When I made this purchase, I believed that I was saving $18.60 on both massager guns.

5. If I had known that the electric massage guns were not on sale, I would not have purchased them.

6. When I registered an account, I was not aware nor presented with Temu's Terms

and Conditions.

7. I reviewed the Declaraction of Michael Trinh in Support of Defendant's Motion to Compel Arbitration, and the screenflow provided therein. I do not recall seeing the two Registration Prompts when I created my Temu account.

Executed on this  12   day of August 2024 in Dublin, California.

/s/ *Eli Silva*
Eli Silva

Doc ID: 426d7631d1bbfffaa9e934e4ca516e57ada9f54a

**Dropbox Sign**                                                                                      Audit trail

| | |
|---|---|
| Title | Declaration Page for Eli Silva v. Whaleco, Inc. d/b/a Temu \|... |
| File name | content |
| Document ID | 426d7631d1bbfffaa9e934e4ca516e57ada9f54a |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

This document was requested from sflinjuryattorneys.lightning.force.com

## Document History

**SENT**  
**08 / 12 / 2024**  
21:06:46 UTC  
Sent for signature to Eli Silva (elsilvs@gmail.com) from gpalacios@shamisgentile.com  
IP: 107.130.55.114

**VIEWED**  
**08 / 12 / 2024**  
21:07:13 UTC  
Viewed by Eli Silva (elsilvs@gmail.com)  
IP: 75.18.249.164

**SIGNED**  
**08 / 12 / 2024**  
21:08:09 UTC  
Signed by Eli Silva (elsilvs@gmail.com)  
IP: 75.18.249.164

**COMPLETED**  
**08 / 12 / 2024**  
21:08:09 UTC  
The document has been completed.

Powered by **Dropbox Sign**