LATHAM & WATKINS LLP
Steven N. Feldman (Bar No. 281405)
steve.feldman@lw.com
355 South Grand Avenue
Los Angeles, California 90071
(213) 485-1234

LATHAM & WATKINS LLP
Shlomo Fellig (pro hac vice)
shlomo.fellig@lw.com
200 Clarendon Street
Boston, Massachusetts 02116
(617) 948-6000

*Attorneys for Defendant Whaleco Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELI SILVA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHALECO, INC., d/b/a TEMU,<br><br>Defendant. | Case No. 3:24-cv-02890-SK<br><br>**DECLARATION OF STEVEN N. FELDMAN IN SUPPORT OF REPLY IN SUPPORT OF DEFENDANT WHALECO INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Judge: Sallie Kim<br>Date: September 23, 2024<br>Time: 9:30 am<br>Courtroom: C |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF S. FELDMAN ISO REPLY
ISO MOTION TO COMPEL ARBITRATION
CASE NO. 3:24-cv-02890-SK

I, Steven N. Feldman, declare as follows:

1. I am a partner at the law firm of Latham & Watkins LLP, attorney for Defendant Whaleco Inc. I am an attorney in good standing in the state of California. I am making this Declaration in support of Defendant's Reply in Support of Motion to Compel Arbitration and have personal knowledge of the facts set forth below; if called upon to do so, I can and will competently testify thereto.

2. Attached as Exhibit A is a true and correct screenshot of the Temu Registration Prompt as of February 2024, drawn from Figure 2 of the July 15, 2024 Declaration of Michael Trinh in Support of Defendant's Motion to Compel Arbitration.[1]

3. Attached as Exhibit B is a true and correct screenshot drawn from *Berman v. Freedom Financial Network, LLC*, 30 F.4th 849, 861 (9th Cir. 2022).

4. Attached as Exhibit C is a true and correct screenshot drawn from *Farmer v. BarkBox, Inc.*, No. 5:22-cv-01574-SSS-SHKx, 2023 WL 8522984, at *2 (C.D. Cal. Oct. 6, 2023).

5. Attached as Exhibit D is a true and correct screenshot drawn from the Declaration of Nina Bayatti at 12, *Chabolla v. ClassPass Inc.*, No. 4:23-cv-00429-YGR (N.D. Cal. Apr. 21, 2023), ECF No. 28-1.

6. Attached as Exhibit E is a true and correct screenshot drawn from *Lopez v. Dave Inc.*, No. 22-cv-04160-VC, 2022 WL 17089824, at *2 (N.D. Cal. Nov. 21, 2022).

7. Attached as Exhibit F is a true and accurate screenshot drawn from *Keebaugh v. Warner Bros. Entertainment Inc.*, 100 F.4th 1005, 1010 (9th Cir. 2024).

8. Attached as Exhibit G is a true and accurate screenshot drawn from the Answering Brief for Defendants-Appellees at 6, *Oberstein v. Live Nation Entertainment, Inc.*, No. 21-56200 (9th Cir. Apr. 7, 2022), ECF No. 30.

9. Attached as Exhibit H is a true and accurate screenshot drawn from the Opening Brief for Plaintiffs-Appellants at 14, *Cullors v. Cerebral, Inc.*, No. 23-55594 (9th Cir. Dec. 5, 2023), ECF No. 12.

---

[1] Appendix A is a chart comparing Exhibit A to each of Exhibits B–H.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

DECLARATION OF S. FELDMAN ISO REPLY
ISO MOTION TO COMPEL ARBITRATION
CASE NO. 3:24-cv-02890-SK

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on
2  September 4, 2024, in New York, New York.

4  Dated: September 4, 2024            /s/ Steven N. Feldman
                                        Steven N. Feldman

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

DECLARATION OF S. FELDMAN ISO REPLY
ISO MOTION TO COMPEL ARBITRATION
CASE NO. 3:24-cv-02890-SK