# Appendix A

| Temu's Registration Prompt (Exhibit A) | *Berman* Registration Prompt (Exhibit B) |
|---|---|
|  |  |

2

| Temu's Registration Prompt (Exhibit A) | *Farmer* Registration Prompt (Exhibit C) |
|---|---|
|  | |

| Temu's Registration Prompt (Exhibit A) | *Chabolla* Registration Prompt (Exhibit D) |
|---|---|
|  | |

4

| Temu's Registration Prompt (Exhibit A) | *Lopez* Registration Prompt (Exhibit E) |
|---|---|
|  |  |

| Temu's Registration Prompt (Exhibit A) | *Keebaugh* Registration Prompt (Exhibit F) |
|---|---|
|  |  |



| Temu's Registration Prompt (Exhibit A) | *Cullors* Registration Prompt (Exhibit H) |
|---|---|
|  |  |