LATHAM & WATKINS LLP
Steven N. Feldman (Bar No. 281405)
steve.feldman@lw.com
355 South Grand Avenue
Los Angeles, California 90071
(213) 485-1234

LATHAM & WATKINS LLP
Shlomo Fellig (pro hac vice)
shlomo.fellig@lw.com
200 Clarendon Street
Boston, Massachusetts 02116
(617) 948-6000

*Attorneys for Defendant Whaleco Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELI SILVA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHALECO, INC., d/b/a TEMU,<br><br>Defendant. | Case No. 3:24-cv-02890-SK<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL TRINH IN SUPPORT OF REPLY IN SUPPORT OF DEFENDANT WHALEO INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Judge: Sallie Kim<br>Date: September 23, 2024<br>Time: 9:30 am<br>Courtroom: C |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

SUPP. DECLARATION OF M. TRINH ISO REPLY
ISO MOTION TO COMPEL ARBITRATION
CASE NO. 3:24-cv-02890-SK

I, Michael Trinh, declare as follows:

1. I have reviewed the complaint (the "Complaint"), and I make this Declaration in support of Defendant's Reply in Support of Motion to Compel Arbitration. The facts set forth herein are based on my personal knowledge and review of company records, and, if called upon to do so, I can and will competently testify to these facts.

2. I incorporate by reference and reiterate each paragraph of my July 15, 2024 Declaration in Support of Defendant's Motion to Compel Arbitration (the "July 15 Declaration"), attached hereto as Exhibit A.

3. Paragraphs 3 through 10 of my July 15 Declaration refer to the registration flow in effect in the February 2024 period described in Paragraph 2 of the July 15 Declaration, including on February 21, 2024; likewise, Figures 1 and 2 show the Registration Prompts displayed to users in February 2024, including on February 21, 2024.

4. I am a Customer Service Manager at Whaleco Inc. (doing business as "Temu"). I have held this position at Temu since October 2022. In my current position, I am responsible for managing customer service. In this role, including during February 2024, I have responsibilities related to, and am thoroughly familiar with, how users sign up for an account on Temu's website, www.temu.com (the "Temu Website") or mobile application (the "Temu App"), and how Temu notifies users of, and requires them to accept, its Terms of Use (the "Terms").

5. In the course of Temu's regularly conducted business activity, Temu maintains databases of account records, including records of when a user first registered for their account, the device they used to register for the account, how they chose to register (*e.g.*, through their phone number or email, or through a preexisting Google, Facebook, Apple, or X (Twitter) account), the number of subsequent logins associated with the account, and the purchase history of the account.

6. Before making purchases on the Temu Website in February 2024 (including on February 21, 2024)—when, as discussed below, Plaintiff created his Temu account—users were required to accept Temu's Terms. Paragraphs 3 through 8 of the July 15 Declaration further

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

SUPP. DECLARATION OF M. TRINH ISO REPLY
ISO MOTION TO COMPEL ARBITRATION
CASE NO. 3:24-cv-02890-SK

1  describe the registration process in effect throughout February 2024, including on February 21,
2  2024.

3      7.    I have reviewed Temu's records related to Plaintiff's Temu account, which was
4  identified based on the factual information described in the Complaint, including Plaintiff's name,
5  purchase date, and items purchased.

6      8.    Temu's records show that Plaintiff went through the account registration process
7  described in Paragraphs 3 through 8 of the July 15 Declaration, thereby assenting to Temu's Terms.

8      9.    Specifically, Temu's records show that on February 21, 2024, Plaintiff was shown
9  two Registration Prompts on the Temu Website (as depicted in Figures 1 and 2 of the July 15
10 Declaration) and registered for an account with his email address. Plaintiff then completed the
11 registration process by setting a password for his account and clicking "Register."

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

SUPP. DECLARATION OF M. TRINH ISO REPLY
ISO MOTION TO COMPEL ARBITRATION
CASE NO. 3:24-cv-02890-SK

1  I declare under penalty of perjury that the foregoing is true and correct, and that I executed this Declaration on September 4, 2024, in Boston, Massachusetts.

Dated: September 4, 2024

_____
Michael Trinh

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

SUPP. DECLARATION OF M. TRINH ISO REPLY
ISO MOTION TO COMPEL ARBITRATION
CASE NO. 3:24-cv-02890-SK