UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELI SILVA, on behalf of himself and all others similarly situated,

Plaintiff(s),

v.

WHALECO, INC., d/b/a TEMU,

Defendant(s).

Case No. 3:24-cv-02890-SK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Marissa Alter-Nelson, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Whaleco Inc. in the above-entitled action. My local co-counsel in this case is Steven N. Feldman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 281405.

| | |
|---|---|
| Latham & Watkins LLP<br>1271 Avenue of the Americas, New York, NY 10020<br>MY ADDRESS OF RECORD | Latham & Watkins LLP<br>355 South Grand Avenue, Los Angeles, CA 90071<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (212) 906-1200<br>MY TELEPHONE # OF RECORD | (213) 485-1234<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| marissa.alter-nelson@lw.com<br>MY EMAIL ADDRESS OF RECORD | steve.feldman@lw.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4617254.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 13, 2024                   /s/ Marissa Alter-Nelson
                                                APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Marissa Alter-Nelson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE