**Steven N. Feldman**
Direct Dial: (212) 906-1821
steve.feldman@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

**LATHAM & WATKINS LLP**

September 22, 2024

The Honorable Sallie Kim
U.S.D.C. for the Northern District of California
Courtroom C, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

**RE:   Urgent Request for Adjournment of Hearing Scheduled Tomorrow, September 23, 2024 in *Silva v. WhaleCo, Inc.*, No. 3:24-cv-2890-SK**

Your Honor:

I am lead counsel to Whaleco Inc., and am scheduled to handle tomorrow morning's 9:30am PT hearing on WhaleCo's motion to compel. Unfortunately, as disclosed to the Court via email and phone this morning, I tested positive for COVID today and have serious symptoms, including a 102 degree fever. Given this situation, and that I will not be able to go into our Firm's videoconference facilities to handle tomorrow's argument with an active fever and COVID infection, we respectfully request that the Court reschedule the hearing to Monday, October 7, 2024, or to a later date at the Court's convenience. I have notified Plaintiff's counsel of the issue, and Plaintiff's counsel emailed Chambers this morning with their consent to the adjournment.

We greatly appreciate the Court's consideration to this time-sensitive request.

Regards,

*/s/ Steven N. Feldman*

Steven N. Feldman