LATHAM & WATKINS LLP
Steven N. Feldman (Bar No. 281405)
steve.feldman@lw.com
355 South Grand Avenue
Los Angeles, California 90071
(213) 485-1234

LATHAM & WATKINS LLP
Shlomo Fellig (pro hac vice)
shlomo.fellig@lw.com
200 Clarendon Street
Boston, Massachusetts 02116
(617) 948-6000

*Attorneys for Defendant Whaleco Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISCTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELI SILVA, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WHALECO, INC., d/b/a TEMU, <br><br> Defendant. | Case No. 3:24-cv-02890-SK <br><br> **[PROPOSED] ORDER CONTINUING HEARING ON MOTION TO COMPEL ARBITRATION** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER CONTINUING HEARING
ON MOTION TO COMPEL ARBITRATION
Case Number 3:24-cv-02890-SK

1   Pursuant to the September 22, 2024 letter submitted by Defendant Whaleco Inc.'s counsel
2   Steven Feldman (ECF 24) and agreement of the parties, and for good cause shown due to illness
3   of Mr. Feldman, the hearing on Defendant's Motion to Compel Arbitration scheduled for
4   September 23, 2024, at 9:30 a.m. is continued to October 7, 2024, at 9:30 a.m.

5   **IT IS SO ORDERED.**

7   DATED: _____           _____
8                                                          Hon. Sallie Kim
                                                           United States Magistrate Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

[PROPOSED] ORDER CONTINUING HEARING
ON MOTION TO COMPEL ARBITRATION
Case Number 3:24-cv-02890-SK