1  LATHAM & WATKINS LLP
   Steven N. Feldman (Bar No. 281405)
2  steve.feldman@lw.com
3  355 South Grand Avenue
   Los Angeles, California 90071
4  (213) 485-1234

5  LATHAM & WATKINS LLP
   Shlomo Fellig (pro hac vice)
6  shlomo.fellig@lw.com
7  200 Clarendon Street
   Boston, Massachusetts 02116
8  (617) 948-6000

9  *Attorneys for Defendant Whaleco Inc.*

10

11                    UNITED STATES DISTRICT COURT
                     NORTHERN DISCTRICT OF CALIFORNIA
12                        SAN FRANCISCO DIVISION

13

14 | ELI SILVA, on behalf of himself         )  Case No. 3:24-cv-02890-SK
     and all others similarly situated,      )
15                                           )
                       Plaintiff,            )  **ORDER CONTINUING**
16                                           )  **HEARING ON MOTION TO COMPEL**
            v.                               )  **ARBITRATION**
17                                           )
     WHALECO, INC., d/b/a TEMU,              )
18                                           )
                       Defendant.            )
19                                           )
   _____)
20

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER CONTINUING HEARING
ON MOTION TO COMPEL ARBITRATION
Case Number 3:24-cv-02890-SK

Pursuant to the September 22, 2024 letter submitted by Defendant Whaleco Inc.'s counsel Steven Feldman (ECF 24) and agreement of the parties, and for good cause shown due to illness of Mr. Feldman, the hearing on Defendant's Motion to Compel Arbitration scheduled for September 23, 2024, at 9:30 a.m. is continued to October 7, 2024, at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: September 23, 2024

Hon. Sallie Kim
United States Magistrate Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

ORDER CONTINUING HEARING
ON MOTION TO COMPEL ARBITRATION
Case Number 3:24-cv-02890-SK