UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI SILVA, on behalf of himself and all others similarly situated, <br><br> Plaintiff(s), <br><br> v. <br><br> WHALECO, INC., d/b/a TEMU, <br><br> Defendant(s). | Case No. 3:24-cv-02890-SK <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, _Marissa Alter-Nelson_, an active member in good standing of the bar of _New York_, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: _Whaleco Inc._ in the above-entitled action. My local co-counsel in this case is _Steven N. Feldman_, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: _281405_.

| | |
|---|---|
| Latham & Watkins LLP <br> 1271 Avenue of the Americas, New York, NY 10020 <br> MY ADDRESS OF RECORD | Latham & Watkins LLP <br> 355 South Grand Avenue, Los Angeles, CA 90071 <br> LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (212) 906-1200 <br> MY TELEPHONE # OF RECORD | (213) 485-1234 <br> LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| marissa.alter-nelson@lw.com <br> MY EMAIL ADDRESS OF RECORD | steve.feldman@lw.com <br> LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _4617254_.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court _0_ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 13, 2024         /s/ Marissa Alter-Nelson
                                      APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Marissa Alter-Nelson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:    September 23, 2024

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge