LATHAM & WATKINS LLP
Steven N. Feldman (Bar No. 281405)
steve.feldman@lw.com
355 South Grand Avenue
Los Angeles, CA 90071
(213) 485-1234

LATHAM & WATKINS LLP
Marissa Alter-Nelson (*pro hac vice*)
marissa.alter-nelson@lw.com
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

*Attorneys for Defendant Whaleco Inc.*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELI SILVA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHALECO, INC., d/b/a TEMU,<br><br>Defendant. | Case No. 3:24-cv-02890-SK<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Magistrate Judge Sallie Kim |

# JOINT STATUS UPDATE

On October 10, 2024, the Court granted Defendant's Motion to Compel Arbitration and stayed this case pending the completion of arbitration proceedings. Dkt. 33. The Court ordered the parties to file a status update on the arbitration proceedings every four months until the conclusion of arbitration. *Id*.

Plaintiff has since filed a Demand for Arbitration with the American Arbitration Association ("AAA"), and on January 15, 2025, AAA notified the parties that the case has been assigned for administration.

Dated: February 10, 2025

Respectfully submitted,

By: /s/ Steven N. Feldman

**LATHAM & WATKINS LLP**
Steven N. Feldman (Bar No. 281405)
Email: steve.feldman@lw.com

Marissa Alter-Nelson (*pro hac vice*)
Email: marissa.alter-nelson@lw.com

Shlomo Fellig (*pro hac vice*)
Email: shlomo.fellig@lw.com

Renatta A. Gorski (*pro hac vice*)
Email: renatta.gorski@lw.com

*Attorneys for Defendant Whaleco Inc.*

Dated: February 10, 2025

By: /s/ Sophia G. Gold

**KALIELGOLD PLLC**
Jeffrey D. Kaliel (Bar No. 238293)
Email: jkaliel@kalielpllc.com

Sophia G. Gold (Bar No. 307971)
Email: sgold@kalielgold.com

**EDELSBERG LAW, P.A.**
Scott Edelsberg (Bar No. 330990)
Email: scott@edelsberglaw.com

*Attorneys for Plaintiff and the Putative Class*

**ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Joint Status Report.  Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Steven N. Feldman, attest that concurrence in the filing of this document has been obtained.

Dated: February 10, 2025            */s/* Steven N. Feldman
                                      Steven N. Feldman